UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R&D FILM 1, LLC, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV01742 FRB |
| ) | |
| DOES 1 - 39, ) | |
| ) | |
| Defendant(s). ) | |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Frederick R. Buckles to District Judge Rodney W. Sippel.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

JAMES G. WOODWARD
CLERK

October 22, 2012
DATE

By:     /s/N. LaNasa
N. LaNasa
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:12CV01742 RWS.**