UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

R & D Film 1, LLC,    )
           )
    Plaintiff,   )
           )
  vs.       )  Case No. 4:12CV1742 RWS
           )
DOES 1–39,     )
           )
    Defendants.  )

## ORDER

  **IT IS HEREBY ORDERED** that plaintiff's motion for leave to take

discovery prior to rule 26(f) conference [#3] is **GRANTED**.

  **IT IS FURTHER ORDERED** that, subject to the Protective Order set out

herein, no later than **November 14, 2012** plaintiff may serve discovery on the

third party Internet Service Providers (ISP) identified in Exhibit B to plaintiff's

declaration in support of its motion in order to obtain the identify of each Doe

defendant by serving a subpoena pursuant to Fed. R. Civ. P. 45 that seeks

documents that identify each Doe defendant, including the name, current (and

permanent) addresses, e-mail addresses, and Media Access Control addresses for

each defendant.  The disclosure of this information is consistent with the ISPs'

obligations under the Cable Service Privacy Act, 47 U.S.C. § 551(c)(2)(B), which

provides:

> (2)     A cable operator may disclose [personally identifiable] information if the disclosure is

. . .

> (B)     subject to subsection (h) of this section, made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed.

**IT IS FURTHER ORDERED** that, not later than **November 23, 2012**, the third party ISPs shall serve Does 1–33 with a copy of the Rule 45 subpoena and a copy of this order.  The ISPs may serve Does 1–33 using any reasonable means, including written notice sent to his or her last known address, transmitted either by first-class mail or via overnight service.

**IT IS FURTHER ORDERED** that, not later than **January 11, 2013**, Does 1–33 may file any motions with this Court contesting the subpoena (including a motion to quash or modify the subpoena), as well as any request to litigate the subpoena anonymously ("the motion period").  The ISPs shall not turn over any Doe defendants' identifying information to plaintiff R & D Film 1, LLC prior to the expiration of this motion period.  If a Doe defendant or ISP files a motion to quash or otherwise challenges the subpoena, the ISPs shall not turn over to

-2-

plaintiff any information relating to such moving party until the issues have been addressed and the Court issues an order instructing the ISPs to turn over the requested discovery.

**IT IS FURTHER ORDERED** that plaintiff shall have to and including **January 28, 2013**, by which to file its brief(s) in response to any Doe motions. Any reply briefs shall be filed by the moving Doe defendants no later than **February 7, 2013**.

**IT IS FURTHER ORDERED** that the ISPs shall have to and including **January 21, 2012**, by which to produce to plaintiff R & D Film 1, LLC the information responsive to the subpoena as to any <u>non-moving</u> Doe defendant(s) only.

**IT IS FURTHER ORDERED** that a Doe defendant or ISP who moves to quash or modify the subpoena, or to proceed anonymously, shall at the same time as his or her filing also notify all ISPs so that the ISPs are on notice not to release any of their respective contact information to plaintiff until the Court rules on any such motions.

**IT IS FURTHER ORDERED** that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash.

**IT IS FURTHER ORDERED** that any information disclosed to plaintiff in response to the Rule 45 subpoena may be used by plaintiff solely for the purpose of protecting its rights under the Copyright Act as set out in the Complaint in this cause.

**IT IS FURTHER ORDERED** that each Rule 45 subpoena served upon a third party ISP pursuant to this order shall have a copy of this order attached.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of October, 2012.