IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| R & D FILM 1, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>DOES 1-39,<br><br>     Defendant. | Civil Action No.  4:12-cv-01742 RWS |

## ENTRY OF APPEARANCE
## FOR JOEL R. SAMUELS

  Comes now, Joel R. Samuels, of Harness, Dickey & Pierce, P.L.C. and hereby enters his appearance on behalf of Plaintiff R & D Film 1, LLC.


October 25, 2012        Respectfully submitted,

                HARNESS, DICKEY & PIERCE, P.L.C.


                /s/ Joel R. Samuels
                Matthew L. Cutler, #46305MO
                Joel R. Samuels, #63587MO
                7700 Bonhomme, Suite 400
                St. Louis, Missouri  63105
                (314) 726-7500
                FAX:  (314) 726-7501

                ***Attorneys for Plaintiff, R & D Film 1, LLC***


61023642.1